FILED

December 14, 2015 1:52:3

Seventh Court of Appeals
Vivian Long
Clerk

ACCEPTED
07-15-00357-CR
ENTH COURT OF APPEALS
AMARILLO, TEXAS
12/14/2015 1:52:36 PM
Vivian Long, Clerk

## CASE NO. 07-15-00357-CR

| | | |
|---|---|---|
| **MICHAEL ANTHONY COLE PHILLIPS** § | | **IN THE SEVENTH** |
| **VS.** § | | **COURT OF APPEALS** |
| **STATE OF TEXAS** § | | **AMARILLO, TEXAS** |

### STATE'S FIRST MOTION TO EXTEND TIME

COMES NOW the State of Texas by and through her District Attorney, Mark Pratt, and files this motion to extend time.

(A)     The state's brief is due on December 16, 2015, and appellant's brief was filed on November 16, 2015;

(C)     The state is requesting an extension of 30 days, until January 14, 2015;

(D)     I have not had adequate time to prepare a response to appellant's brief as I have had numerous dockets, contested hearings, and bench trials.

(E)     This is the first extension requested by the State.

WHEREFORE, the State prays this motion to extend time be granted.

RESPECTFULLY SUBMITTED,

/s/ Mark Pratt

Mark Pratt
District Attorney,
Hill County, Texas
mpratt@co.hill.tx.us
P.O. Box 400
Hillsboro, TX 76645
(254) 582-4070
Fax  (254)582-4036
State Bar No. 16240550

## CERTIFICATE OF SERVICE

This is to certify that on December 14, 2015 a true and correct copy of the above and foregoing document was served on the defendant, by and through his attorney of record, Gregg Hill, by email.


/s/ Mark Pratt